# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-04088-JC | Date | August 21, 2025 |
|---|---|---|---|
| Title | Guri Gonzalez v. Noura Elnasser, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE

On May 7, 2025, Plaintiff filed a Complaint in this action against Noura Elnasser d/b/a Baba Ghanooj and others. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's deadline to effect service of the Summons and Complaint on each named Defendant was August 5, 2025, and pursuant to Local Rules 4-6, Plaintiff's deadline to file a proof of service was no later than August 19, 2025. To date, Plaintiff has failed to file a proof of service form reflecting that Defendant Noura Elnasser d/b/a/ Baba Ghanooj has been served, and such Defendant has not appeared in this action.

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14) days of the date of this Order, Plaintiff shall show cause, if there be any, why service was not timely made on Defendant Noura Elnasser d/b/a Baba Ghanooj, and why this case should not be dismissed without prejudice as against such Defendant for failure to effectuate service and for lack of prosecution. Failure timely to respond to this Order to Show Cause or to show cause, may result in the dismissal of this action without prejudice as to Defendant Noura Elnasser d/b/a Baba Ghanooj for failure to effectuate service and/or for lack of prosecution.

IT IS SO ORDERED.